UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS M. ELLIOTT,

        Petitioner,

v.

        CASE NO. 05-CV-74085-DT
        HONORABLE NANCY G. EDMUNDS

KENNETH ROMANOWSKI,

        Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Nancy G. Edmunds, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

    **SO ORDERED.**

        s/Nancy G. Edmunds
        **Nancy G. Edmunds**
        **United States District Judge**

**Dated:  May 7, 2007**

**I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 7, 2007, by electronic and/or ordinary mail.**

        s/Carol A. Hemeyer
        **Case Manager**